**No. 49798.**—Protest 564787–G of Favorite Panama Hat Co. (New York).

Opinion by TILSON, J.   At the trial plaintiff's witness testified that the mer-chandise consisted of 8 bu. hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 49799.**—Protest 610421–G of Henry Pollak, Inc. (New York).

Opinion by TILSON, J.   The record showed that certain of the items consisting of hats known as harvest hats, valued at less than $3 per dozen, are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the court held those imported and withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement (T. D. 48075) to be dutiable at 25 percent under paragraph 1504 (b) (5), and those subsequent to said date at 12½ percent ad valorem under paragraph 1504 (b) (5) and the said trade agreement.   Protest sustained to this extent